UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                              Case No. 21-30583
                                               Originating No. 4:21-cr-6042SMJ-17

**ABDULLAH AL-DULAIMI,**

    Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ABDULLAH AL-DULAIMI,** to answer to charges pending in another federal district, and states:

    1. On **December 9, 2021** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Washington based on an Indictment**. **Defendant is charged in that district with violation of 18 U.S.C. §1343- Wire Fraud; 18 U.S.C. §1341- Mail Fraud; 18 U.S.C. §§1341, 1343, 1349- Conspiracy to Commit Mail Fraud and Wire Fraud; 18 U.S.C. §§1347, 1349- Conspiracy to Commit Health Care Fraud.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

s/Thomas Franzinger
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
thomas.franzinger2@usdoj.gov
(313) 226-9774

Dated: December 9, 2021